[This is the last entry in the protracted litigation between Dinely and Steenwyck, for the beginning of which see pp. 167–73, above. The Court of Assistants did not allow the appeal.]

### COWLEY agᵗ HOWARD

Henry Cowley plaint. agᵗ Alice Howard administratrix to the Estate of her late husband Wᵐ Howard of Boston deceasᵈ Defendᵗ in an action of the case about the bounds of a parcel of Land wᶜʰ the sᵈ Alice Howard possesseth & refuseth to run the Line to devide the Land according to the Limits of Deeds granted & also granted by her saide husband in his life time, though not laide out, which is to the great damage of sᵈ Cowly with all other due damages according to Attachmᵗ Dat. Aprill: 22° 1675. . . . The Jury . . . founde for the Defendᵗ costs of Court being Fourteen Shillings.

### SHIPPEN agᵗ BENDALL

Edward Shippen plaint. agᵗ Free-Grace Bendall Defendᵗ in an action of debt of two & twenty pounds eight Shillings & three pence due by booke with due interest & other due damages according to Attachmᵗ Dat. aprill: 16° 1675. . . . The Jury . . . founde for the plaint. two & twenty pounds eight Shillings & 3ᵈ in mony & costs of Court twenty Fiue Shillings.

mʳ Edw. Shippen appeared & acknowledged hee had recᵈ full Satisfaction of this judgemᵗ from mʳˢ Bendall Febʳ 22: 1675.

J: A: C [306]

### WHEELER agᵗ PEARS

Joseph Wheeler Admʳ to the Estate of Rebecca Pears deceased plaint. agᵗ Samuel Pears Defendᵗ according to Attachmᵗ Dat. Aprill 13ᵗʰ 1675. The plaint. withdrew his action.

### NICHOLLS agᵗ SPRY & CLARKE

John Nicholls the onely Sonn & heire of Mordecai Nicholls late of Boston decᵈ plaint. agᵗ John Spry & Andrew Clarke Defendᵗˢ in an action of the case for witholding houseing & land from him which were formerly Mordecai Nicholls his, & being by order of a County Court at Boston 1664 setled on him & secured from him the saide John Nicholls untill hee comes of age as a part of his portion & also